No. 91–1775. GORDON v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 91–1788. BRUNO v. CITY OF CROWN POINT, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1789. PECORA, SENATOR, 44TH PENNSYLVANIA SENATORIAL DISTRICT v. PENNSYLVANIA LEGISLATIVE REAPPORTIONMENT COMMISSION. Sup. Ct. Pa. Certiorari denied.

No. 91–1790. PARKHILL ET AL. v. ADUDDELL. Sup. Ct. Tex. Certiorari denied.

No. 91–1796. COOK v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 91–1834. BUNGE EDIBLE OIL CORP. v. CANADIAN PACIFIC (BERMUDA) LTD. ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1886. FREAS v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 91–7529. CURTIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7537. CHRISTOPHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7693. PELTIER v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 91–7708. CEASAR v. HAMILTON, ON BEHALF OF CEASAR, A MINOR. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–7777. SLEZAK v. CANNON ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–7818. MCGEE v. SCREW CONVEYOR CORPORATION OF WINONA, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 91–7887. TILLMAN v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.